**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

James Allen Johnson, Petitioner.

Appellate Case No. 2016-000072

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Greenville County
The Honorable G. Edward Welmaker, Circuit Court
Judge

---

Memorandum Opinion No. 2017-MO-009
Heard April 13, 2017 – Filed May 24, 2017

---

**AFFIRMED**

---

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General Robert Bolchoz, Senior Assistant Attorney General J. Benjamin Aplin, and Assistant Attorney General Susannah R. Cole, all of Columbia; and Solicitor

William W. Wilkins, III, of Greenville, all for Respondent.

_____

**PER CURIAM:** The court of appeals' opinion, *State v. Johnson*, Op. No. 2015-UP-378 (S.C. Ct. App. filed July 29, 2015), is affirmed pursuant to Rule 220(b)(1), SCACR, because Petitioner's argument that the trial court erred in admitting his incriminating statements is not preserved for our review. *See S.C. Dep't of Transp. v. First Carolina Corp. of S.C.*, 372 S.C. 295, 302, 641 S.E.2d 903, 907 (2007) (stating to preserve an issue at trial for appellate review, the issue must be: (1) raised to and ruled upon by the trial court; (2) raised by the appellant; (3) raised in a timely manner; and (4) raised to the trial court with sufficient specificity). Therefore, we do not address the merits of Petitioner's argument.

**AFFIRMED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES, JJ., and Acting Justice Maite D. Murphy, concur.**